UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COLLEEN CLARK, | ) Case No.: CV 16-03415-AFM |
| Plaintiff, | ) ORDER<br>) AWARDING EAJA FEES |
| vs. | ) |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | ) |
| Defendants. | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorneys' fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of SIX THOUSAND TWO HUNDRED DOLLARS ($6,200.00) for all legal services rendered by Plaintiff's attorney in this civil action under 28 U.S.C. §2412(d) and costs in the amount of FOUR HUNDRED DOLLARS ($400.00) under 28 U.S.C. §1920, subject to the terms and conditions of the Stipulation.

DATED this 15th day of November 2017.

/s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE